**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00018-CV**
_____

**D.R. HORTON-TEXAS, LTD. AND D.R. HORTON, INC., Appellants**

**V.**

**DAVID HERNANDEZ AND LAUREN HERNANDEZ, Appellees**

_____

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 20-09-11354-CV**

_____

**ORDER**

On April 8, 2021, the appellants, D.R. Horton-Texas, Ltd. and D.R. Horton, Inc., (collectively "D.R. Horton") filed an opposed motion to stay district court proceedings pending completion of the appeal. On January 19, 2021, the trial court signed an order denying a motion to abate and compel arbitration. D.R. Horton perfected an accelerated appeal from the trial court's order. *See* Tex. Civ. Prac. & Rem. Code Ann. §§ 51.016, 171.098(a)(1).

1

When an accelerated appeal from an interlocutory order is perfected, we may make such orders as are necessary to preserve the parties' rights until disposition of the appeal. Tex. R. App. P. 29.3. After reviewing the motion, we find that temporary orders are necessary to preserve the parties' rights until disposition of the appeal. It is ORDERED that all trial court proceedings are STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 29.3; *see also* Tex. R. App. P. 29.5.

ORDER ENTERED April 20, 2021.

PER CURIAM

Before Golemon, C.J., Horton and Johnson, JJ.